# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00223-CV

**Carol Melia Copeland, Appellant**

**v.**

**U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2006-WFHE3, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY, NO. 11-2144-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Carol Melia Copeland has filed a notice of settlement and motion for dismissal of appeal. Appellant states that she does not wish to continue to pursue her appeal and requests that this Court dismiss her appeal. Accordingly, we grant her motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   September 19, 2012